

FEB 6 2006

FEB 22 2006

DOCKET Number: 302-CV610 SRU : U.S. District Court

V.

WARDEN

FILED Bridgeport Connecticut

: February 1, 2006

2006 MAR 10 P 4: 4

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

# MOTION TO RE-OPEN FILE

PETITIONER, Kyle Collins, Humbly and very Respectfully moves This Honorable Court TO RE-open File.

BRIEF HISTORY: petitioner swears and Say's, after petitioner Kyle Collins has exuasted all state remedie's, petitioner need Relief that he is Soley Relying on This Honorable Court TO GRANT.

ISSUE ONE: PETITIONER Filed petition for Certification to Connecticut Court of Appeal's for Abuse of discretion to trial Referee's decision, petitioner used 3 issue's that warrented an overturning of Conviction's. However, the Jurist of the Court of Appeal's deemed that they could Not make (Hyde Nor Hare) or Not able to determine any ISSUE's Filed.

Submitted By

Kyle Collins

(1)

Issue Two: An opinion that's used very adequate legal authorities to explain the seriousness of these issues, should have been addressed. However no decision was made, per curiam, which doesn't state that the Jurist shot down each issue, they stated they couldn't see where issue's were debatable, or they were not understood.

Issue Three: Claim's of innocence is an understandable issue.

Issue Four: Ineffective assistance of counsel is an issue understandable.

Issue Five: ~~acceptable~~ Acceptance of an involuntary plea, is understandable.

Issue Six: After a motion for re-consideration was denied, and on the same filing was a petition for certification to the Connecticut Supreme Court was denied. Both Court's Abused their discretion. because all issue's were debatable if oral argument was not denied. to pro se petitioner.

Submitted by ~~Kyle Collins~~

Kyle Collins

(2)

Furthermore, Petitioner, Kyle Collins is asking on face value to please re-open file as notable INJUNCTION Relief, that all state Remedies has been totally exhausted.

Submitted By: Kyle Collins

Kyle Collins

CJIS # 140662

Osborne C I

100 Bilton Road

Somers, CT 06071

The foregoing motion was duly heard on this ___ day February 2006, and further ordered.

Ordered: GRANTED / DENIED

BY: _____ .J.

Certification

a copy of the following motion was sent to Linda Howe Asst. States Attorneys office, 245 Church St. New Haven CT 06510

(3)