Case No. 3:02-cv 610 SRU

Kyle Collins
v.
Warden

United States District Court
District of Connecticut
Bridgeport Court House
March 27, 2006

## MOTION FOR APPEARANCE

Petitioner/Motioner, Kyle Collins, humbly and respectfully moves this Honorable Court to allow motioner to appear to argue issues as to why injunction relief is neccissary.

BRIEF HISTORY: Motioner has a filing for injunction relief that was filed March 10, 2006, motions states that the Respondant has the federal prosecuter's office to speak for them as to the direction they would like to go in concerning this Honorable Court not granting relief sought, so being pro se petitioner, I'd like to offer my side of the argument in person.

Wherefore, the motioner humbly ask's and respectfully moves this Honorable Court to grant this motion to appear for injunction relief purpose.

Submitted by [signature]
Kyle Collins
CJIS # 140662

The foregoing motion having been duly heard on this _____ day March 2006, and considered.

ORDERED: GRANTED / DENIED

BY _____, J.

Submitted By: _Kyle Ball_
Kyle Collins # 140662
Osborn CI
P.O. Box 100
Somers, CT 06071

CERTIFICATION

A copy of the foregoing motion was sent to:
Linda Howe ASA States Attorney's Office
245 Church St.
New Haven, CT 06510