CASE NO. 302-CV 610 SRU

Federal District Court

Kyle Collins v.

Bridgeport Connecticut

Warden

March 27, 2006

2006 MAR 31 P 4:53

## MOTION FOR APPEARANCE

Petitioner/motioner, Kyle Collins humbly and respectfully moves this Honorable Court to allow motioner to appear to argue issue's as to why injunction relief is neccissary.

Brief History: motioner has a filing for injunction relief that was filed March 10, 2006, motioner states that the Respondent has the federal prosecutors office to speak for them as to the direction they would like to go in concerning this Honorable Court not granting relief sought, so being pro se, I'd like to offer my side of the argument in person.

Wherefore, the motioner humbly ask's and respectfully moves this Honorable Court to grant this motion to appear for injunction relief purpose.

Submitted by *[signature]*

Kyle Collins

CJIS # 140662

P.O. Box 100

Somers, CT 06071

Osborn C I

ON THIS _____ day _____ MARCH, 2006, and considered.

ORDERED: GRANTED / DENIED

BY _____, J.

Submitted By: _____ [signature]
Kyle Collins #140662
Osborn C.I.
P.O. Box 100
~~Osborn~~ Somers, CT 06071

CERTIFICATION

A copy of the foregoing motion was sent to:

Linda Howe ASA   States Attorneys Office
245 Church St.
New Haven CT 06510